IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BLW, INC., f/k/a SECURITY SERVICES ) <br> & TECHNOLOGIES, INC., ) <br> ) <br> Defendant. ) | No. 3:11-cv-01119 <br> Judge Nixon <br> Magistrate Judge Bryant |

## ORDER

Before the Court is the parties' Stipulation of Dismissal with Prejudice, stipulating to the voluntary dismissal of this action with prejudice. (Doc. No. 11.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk to close this case.

It is so ORDERED.

Entered this the 12th day of March, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT